NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
  sferrell@trialnewport.com
Richard H. Hikida, Bar No. 196149
  rhikida@trialnewport.com
David W. Reid, Bar No. 267382
  dreid@trialnewport.com
Victoria C. Knowles, Bar No. 277231
  vknowles@trialnewport.com
4100 Newport Place Drive, Suite 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CEBALLOS, individually, and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>        vs.<br><br>OREGON SCIENTIFIC, INC., an Oregon corporation; and DOES 1-10, Inclusive,<br><br>             Defendants. | Case No.  2:14-cv-00229-SVW-AS<br><br>**ORDER OF DISMISSAL**<br><br>Date Filed:  December 6, 2013<br>Date Removed:  January 10, 2014 |

/ / /
/ / /
/ / /

1       The Court, having considered the Stipulation of Voluntary Dismissal pursuant to

2   Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the Parties herein, finds

3   that this action should be dismissed with prejudice.

4

5       _____

6                              The Honorable Stephen V. Wilson
    Date:  February 28, 2014
7                              United States District Court Judg

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DISMISSAL**